**David DeWayne OCKERMAN, Plaintiff–Appellant**

v.

**Ryan BAKER, Police Officer, Sherwood Police Department, Defendant–Appellee.**

No. 12–3946.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 26, 2013.

Filed: Aug. 29, 2013.

David DeWayne Ockerman, N. Little Rock, AR, pro se.

David M. Fuqua, Whitney F. Moore, Fuqua & Campbell, Little Rock, AR, Russell A. Wood, Wood Law Firm, Russellville, AR, for Defendant–Appellee.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.

Before SMITH, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

David Ockerman filed a 42 U.S.C. § 1983 complaint claiming that police officer Ryan Baker used excessive force by shooting him during his arrest. Baker moved for summary judgment, and Ockerman did not respond. The district court [1] granted Baker summary judgment on the merits, concluding that no constitutional violation occurred. The court found that the force Baker used was objectively reasonable given the threat Ockerman posed to him, as Ockerman was holding a knife during their encounter. Ockerman moved for reconsideration, which the district court denied. He appeals.

After de novo review, *see Lieffort v. Dakota, Minn. & E.R.R. Co.*, 702 F.3d 1055, 1057 (8th Cir.2013), we agree that summary judgment was proper for the reasons the district court stated; and we find no abuse of discretion in the denial of reconsideration, *see Cont'l Holdings, Inc. v. Crown Holdings Inc.*, 672 F.3d 567, 574 (8th Cir.2012) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.